DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WISNER LUBERISSE,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** etc., et al.**,**
Appellees.

No. 4D17-0638

[April 26, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit; Palm Beach County; Joseph Marx, Judge; L.T. Case No. 502012CA010083XXXXMB.

Rachel M. Coe of Polaris Legal Group, Lighthouse Point, for appellant.

William L. Grimsley and Derek K. Mountford of McGlinchey Stafford, Jacksonville, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***